| PROB 22 (Rev. 2/88) | DOCKET NUMBER *(Tran. Court)* |
| --- | --- |
| | FB-494181-MAN |
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |
| | CR08 00177 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
| --- | --- | --- |
| Galen Fox | CALIFORNIA | CENTRAL |
| | NAME OF SENTENCING JUDGE | |
| | HONORABLE MARGARET A. NAGLE | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 01/25/06 | TO 01/24/09 |

| OFFENSE |
| --- |
| 18 USC 2244(b): Abusive Sexual Contact without Permission, Class B Misdemeanor |

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____Central_____ DISTRICT OF _____California_____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **DISTRICT OF HAWAII** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

February 13, 2008
*Date*

*Margaret A. Nagle*
*United States ~~District Judge~~ Magistrate*

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____    _____
*Effective Date*           *United States District Judge*